IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-CR-30140-WDS |
| | ) | |
| JEREMY SCHOOLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**STIEHL, District Judge:**

On August 23, 2013, the United States of America and defendant Jeremy Schooler consented to appear before Magistrate Judge Clifford J. Proud pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1 of the Indictment.

On August 23, 2013, Judge Proud submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 18).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct de novo review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Clifford J. Proud's Report and Recommendation (Doc. 18), **ACCEPTS** defendant Jeremy Schooler's plea of guilty, and **ADJUDGES** defendant Jeremy Schooler guilty of Count 1 of the In-

dictment.

**IT IS SO ORDERED.**

**DATE: September 11, 2013**

                                                **/s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**